NANCY HERSH (SBN 49091)
nhersh@hershlaw.com
A Professional Corporation
601 Van Ness Avenue, Suite 2080
San Francisco, CA 94102-6316
Telephone: (415) 441-5544
Fax: (415) 441-7586

Attorneys for Plaintiff
DOUGLAS KUCHARCZYK :

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS KUCHARCZYK, <br><br> Plaintiff, <br><br> v. <br><br> INTUITIVE SURGICAL, INC., <br><br> Defendant. | Case No.: 12-CV-03760-JSW <br><br> **STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Douglas Kucharczyk and Defendant Intuitive Surgical, Inc., through undersigned counsel, hereby stipulate to dismiss this matter and all claims, without prejudice, with each party to bear its own costs subject to Plaintiff's agreement that any re-filing of any claims against Defendant Intuitive Surgical Inc. will only be in the United States District Court for the Northern District of California and only in the form of a single Plaintiff-family Complaint.

DATED:   October 11, 2013

                                              HERSH & HERSH
                                              A Professional Corporation

                                              By /s/ Nancy Hersh
                                                 Nancy Hersh
                                                 Attorneys for Plaintiff

1  DATED:   October 11, 2013

2                                                         SKADDEN, ARPS, SLATE, MEAGHER
                                                          & FLOM LLP & AFFILIATES
3

4                                                         By /s/ Allen Ruby
                                                              Allen J. Ruby
5                                                             Attorneys for Defendant

6

7

8

9         IT IS SO ORDERED.

10

11  DATED: October 15,                                    /s/ Jeffrey S. White
12                                                        JEFFREY S. WHITE, Judge
                                                          United States District Court
13

14

15

16  I, Nancy Hersh, am the ECF User whose ID and password are being used to file the
    STIPULATION OF DISMISSAL.  In compliance with General Order 45, X.B., I attest that the
17  signatories to this document have concurred in this filing.

18  Dated: October 11, 2013                               /s/ Nancy Hersh